**Michelle Eddings**

| | |
|---|---|
| **From:** | Erykah Badu <ebadu713@gmail.com> |
| **Sent:** | Tuesday, August 11, 2020 5:36 PM |
| **To:** | ILCDml_SPR Prisoner Cases; Rosie Brown |
| **Cc:** | Johanna Christiansen |
| **Subject:** | Delbert Marshall #14525-026 |
| **Attachments:** | Screenshot_20200811-170006_Gallery.jpg; Screenshot_20200811-165856_Gallery.jpg; Screenshot_20200811-165924_Gallery.jpg; Screenshot_20200811-165746_Gallery.jpg; Screenshot_20200811-165752_Gallery.jpg; Screenshot_20200811-164215_Gallery.jpg; Screenshot_20200811-164207_Gallery.jpg; Screenshot_20200811-165356_Gallery.jpg; Screenshot_20200811-165423_Gallery.jpg; Screenshot_20200811-165836_Gallery.jpg; Screenshot_20200811-165551_Gallery.jpg; Screenshot_20200811-165241_Gallery.jpg; Screenshot_20200811-165252_Gallery.jpg; Screenshot_20200811-164609_Gallery.jpg; Screenshot_20200811-164516_Gallery.jpg; Screenshot_20200811-164552_Gallery.jpg; Screenshot_20200811-170041_Gallery.jpg; Screenshot_20200811-170121_Gallery.jpg; 20200702_103218.jpg; 20200603_104742.jpg; Screenshot_20200811-165924_Gallery.jpg; Screenshot_20200811-165856_Gallery.jpg |

Good Afternoon Your Honor, Judge Mills and Respective Courts:

I am writing the courts today in regards to Delbert Marshall.

My name is Erika Estell and I am the mother of his only child, my only child, our son, Makendal Marshall. Our son is 14 years old and will be 15 at the end of September. Makendal is the only child that we have.

I have been a single parent for Makendal's entire life, thus far. I am hopeful that Delbert is able to come home soon to help raise our son and show him things that only a father can teach their son's. Especially, at the age he is now. Teenagers and those teenage years can sometimes be rough, especially with how advanced our world has become.

I am able to provide stable living arrangements for our son, and Thank God I am financially okay, but it could be so much better if we were able to have a two parent household. This is something that Delbert and I agree is so very important. Family. Especially, with everything the world is experiencing now.

I have been employed with The Bank of Springfield for 13 years, as of August 13th.

Over those years, I have made it a necessary thing that I keep our family relationship in tact by frequent prison visits. I've done this to ensure that our son knows his dad. Although, the drive, there and back is long, I found it imperative in order to instill certain values within our son, between he and his dad. For instance, the biggest one, the main one, to never end up in a situation such as his dad's, in prison.

As our son is embarking on his newest journey to high school this year, I was hoping for an earlier release for his dad to be present, in order to help me keep Makendal on the right track. My son will be doing the online learning classes at home with the COVID 19 pandemic still in full effect. Currently, I am unable to stay home, as I am considered an essential employee at BOS, in their Operations Center.

Education is huge to Delbert and to myself, as we both graduated high school and later enrolled in college courses. We want our son to be as successful as he can possibly be. I am certain that Delbert would be a great influence, as well as, an enforcer for continued education, if he is able to be present in our home. I feel strongly about that because, even

with Delbert being incarcerated, he has made it a priority that he call and check on our son each and every day possible.

I am asking the courts today to take our small family's concern into great consideration for an early release for a better life for the three of us.

I wasn't quite sure on what to include with my letter (email). But our son, is the main focus for us both. We have a good kid and I'm sure that both Dad and Son can and will be BETTER MEN, together.

If I am needed to help further or elaborate additionally,  please do not hesitate to contact me at anytime.
My phone number is (217) 691-0587 and / or my email address at ebadu713@gmail.com or my work email at eestell@bankwithbos.com.

Thank you so much for taking the time and consideration on this matter. I am hoping and praying this message reaches your offices in time to reconsider. Have a wonderful evening.

Sincerely,
Erika Estell