UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 05-CR-30079 |
| DELBERT MARSHALL, ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW the United States of America, by John C. Milhiser, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Matthew Z. Weir, and hereby respectfully move this Honorable Court for leave to file its Response Opposing Defendant's Motion for Compassionate Release under seal.

Where compelling interests exist, portions of the record can be sealed. *Jessup v. Luther*, 277 F.3d 926, 928 (7th Cir. 2002). Such an interest exists in this case, as the response contains medical information regarding the defendant.

Thus, the government moves for leave to file its Response Opposing Defendant's Motion for Compassionate Release under seal.

Respectfully submitted,

JOHN C. MILHISER
UNITED STATES ATTORNEY

 /s/ Matthew Z. Weir
Matthew Z. Weir, IL Bar No. 6304257
Assistant United States Attorney
United States Attorney's Office
318 South 6th Street
Springfield, IL 62701
Telephone: 217/492-4450
Email: matthew.weir@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

*/s/ Matthew Z. Weir*
Matthew Z. Weir
Assistant United States Attorney