# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-30079 |
| DELBERT EUGENE MARSHALL, | ) |
| Defendant. | ) |

### REPLY TO GOVERNMENT RESPONSE TO DEFENDANT'S AMENDED MOTION FOR COMPASSIONATE RELEASE AND MOTION FOR LEAVE TO FILE SEALED DOCUMENT

Defendant Delbert Marshall, through his attorney Assistant Federal Public Defender Rosana E. Brown, hereby provides the following Reply to the Government's Response to his Amended Motion for Compassionate Release. In support thereof, he provides the following:

1.  On August 14, 2020, Mr. Marshall filed an Amended Motion for Compassionate Release. R. 113. Within the Motion, he explained that he was hospitalized for an irregular heartbeat in 2017, but counsel had yet to receive medical records. *Id.* at 3-4.

2.  Counsel has received Mr. Marshall's medical records from HSHS Holy Family Hospital, and moves this Court for leave to

file a relevant excerpt from the record as a sealed exhibit in support of this Reply.  It contains medical records and information that should be kept confidential. Relevant excerpts from Mr. Marshall's 2017 and 2018 BOP medical records are included therewith.

3. The hospital record reflects that Mr. Marshall was evaluated on December 18, 2017, for chest pain, fatigue, irregular heartbeat, prior tobacco use, shortness of breath, hypertension. Sealed Ex.  While testing did not reveal signs of a prior heart attack, it did show an "enlarged right ventricular cavity" and ordered "assess[ment] for any right heart failure or pulmonary disease." *Id.* Further testing and assessment was later conducted by the BOP, which showed normal ventricular size and function.  *Id.*  No further heart function testing has been ordered.

4. Thus, Mr. Marshall's at-risk health conditions for COVID-19 remain hypertension, pre-diabetes, pectus excavatum, and one incident involving irregular heartbeat, likely due to the combination of his hypertension and pectus excavatum.  These conditions may place him at risk for consequences including death from COVID-19.

5. Mr. Marshall's level of risk is heightened further as FCI Greenville continues to lose control of the COVID situation at the

facility.  As of September 3, 2020, Greenville lists 43 inmates and 5 staff members with active confirmed infections (up from 1 inmate and 4 staff members on August 14, 2020).  Another 25 inmates and 17 staff members have been deemed recovered.  It is clear the facility is facing a full blown outbreak that has, in just three weeks, already infected seven percent of the inmate population.[1]  This Court may consider Mr. Marshall at greater risk due to the ballooning numbers of infections at FCI Greenville.

    WHEREFORE, the defendant respectfully requests that this Honorable Court grant him compassionate release and grant his request for leave to file medical records under seal.

Date: September 4, 2020        Respectfully submitted,

DELBERT MARSHALL, Defendant

By: s/ *Rosana E. Brown*
Rosana E. Brown
Assistant Federal Public Defender
Office of the Federal Public Defender
600 E. Adams, 3rd Floor
Springfield, Illinois 62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: rosie_brown@fd.org

---

[1] FCI Greenville lists 959 inmates, and including the recovered has had 68 confirmed inmate cases.

## CERTIFICATE OF SERVICE

 I hereby certify that on September 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney's Office.  I also certify I have mailed the foregoing document by First Class Mail within three calendar days to the non-CM/ECF participant: Mr. Delbert Marshall.

<u>By: s/ *Rosana E. Brown*</u>
Rosana E. Brown
Assistant Federal Public Defender
Office of the Federal Public Defender
600 E. Adams, 3rd Floor
Springfield, Illinois 62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: rosie_brown@fd.org