Judge Richard Mills

Your Honor I write this letter in response to the motion the Government made opposing me for compassionet release.

On page 2 of the Governments motion it states I have not filed a request for compassionet release to the warden exhausting my administrative remedies.

This is not true. The following pages are copies of my administrative remedies filed and the most recent response from the warden staff.

Page 1. is my second Administrative Remedy signed by Counsler Rodgers and Counsler Barth

Page 2 is my Third Administrative Remedy directly to the warden

Page 3 and 4 is for additional time needed given to me a second time. The response due time has passed again highlighted on page 3 being August 17. There has been nothing further.

As of today we have 23 inmates with Covid 19 and 9 staff.

This number seems to keep growing.

Thank you for your time your Honor.

Delbert Marshall    8-26-20